# Exhibit 3



Jennifer N. Page
CHARTER COMMUNICATIONS
Manager, Legal Services – Employment
Direct Dial:        (314) 394-9863
Facsimile:         (314) 965-6640
E-Mail:             Jennifer.Page@charter.com

November 6, 2017

*Sent via Federal Express*
Lonnie Roach
Law Offices of Bemis, Roach & Reed
4100 Duval Road, Building I, Suite 200
Austin, TX 78759

> RECEIVED
> NOV 0 7 2017
> BY:_____

    **RE:**   *Kimberley Phillips*

To Ms. Roach:

    Pursuant to the request issued to Charter Communications, enclosed please find documents in response to that request.

    Should you have any questions, please do not hesitate to contact us.

        Very truly yours,

        Jennifer N. Page
        Manager, Legal Services – Employment

Enclosures

LAW OFFICES OF

# Bemis, Roach & Reed



LLOYD E. BEMIS III *†
LONNIE ROACH*
GREG REED*

4100 DUVAL ROAD, BUILDING I, SUITE 200
AUSTIN, TEXAS 78759
(512) 454-4000
FAX (512) 453-6335

BOARD CERTIFIED
*PERSONAL INJURY TRIAL LAW
†CONSUMER & COMMERCIAL LAW

September 12, 2017

**VIA FACSIMILE – (314) 909-0609**

**And**

**FIRST CLASS MAIL**

Charter Communications
12405 Powerscourt Dr.
St. Louis, Missouri 63131

|      | Re:      | Client         | : | Kimberley Phillips      |
|------|----------|----------------|---|-------------------------|
|      |          | Claim No.      | : | 30177621633-0001        |
|      |          | Policy Holder  | : | Charter Communications  |

Dear Charter Communications,

Please consider this letter a formal request, under the provisions of the Employee Retirement Income Security Act of 1974, (ERISA), that you provide to me on behalf of our client, copies of any plan documents providing short or long term disability benefits, including the STD and LTD summary plan descriptions.

I appreciate your prompt attention to this matter. Should you have any questions or comments please do not hesitate to contact me.

Sincerely,

Lonnie Roach